FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 SEP -4  AM 11: 23

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South #201
Orem, UT  84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 08-27769 JAB |
| | ) | Chapter 7 |
| KADE HALLOWS | ) | |
| HEATHER HALLOWS | ) | NOTICE OF PAYMENT OF FUNDS |
| Debtor(s) | ) | INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court.  In support thereof, the Trustee represents as follows:

1.  On August 31, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2.  The Trustee's proposed distribution contained one claim which was under $5.00.

3.  The funds are on deposit with Bank of America, Account No. 4437061155.



4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

|  |  |
|---|---|
| Claim No.: | 22B |
| Claimant: | Missouri Dept. of Revenue |
|  | PO Box 475 |
|  | Jefferson City, MO 65105 |
| Claim Amount: | $1,370.35 |
| Distribution: | $3.82 |

5. A check in the amount of $3.82 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: ___9 - 1 - 2009___

_____
J. Kevin Bird, Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL

and in that capacity I served, or caused to be served, a true and correct copy of the Notice

of Payment of Funds into the Registry on the following, by depositing the same in the U.S.

Mail, postage prepaid, on the _3rd_ day of _September_, 2009:

Missouri Dept. of Revenue
PO Box 475
Jefferson City, MO 65105

*Melanie Valderrama*